# Supplemental Civil Cover Sheet for Cases Removed From State Court

This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.

1. **State Court Information:**

    Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

    | Court | Case Number |
    |---|---|
    | 14th Judicial District, Dallas County, Texas | DC-17-06621 |

2. **Style of the Case:**

    Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

    | Party and Party Type | Attorney(s) |
    |---|---|
    | Plaintiff - Sammi Owens | See Attached Sheet |
    | Defendant - Centauri Specialty Insurance Company | See Attached Sheet |
    |  |  |
    |  |  |
    |  |  |

3. **Jury Demand:**

    Was a Jury Demand made in State Court?   ✓ Yes      ☐ No

    If "*Yes*," by which party and on what date?

    Plaintiff - Sammi Owens                                6/5/17
    Party                                                  Date

4. **Answer:**

   Was an Answer made in State Court?   ☐ Yes   ☑ No

   If "*Yes*," by which party and on what date?

   _____        _____
   Party                                 Date

5. **Unserved Parties:**

   The following parties have not been served at the time this case was removed:

   | **Party** | **Reason(s) for No Service** |
   |---|---|
   | None | |
   | | |
   | | |
   | | |
   | | |

6. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate any changes from the style on the State Court papers and the reason for that change:

   | **Party** | **Reason** |
   |---|---|
   | | |

7. **Claims of the Parties:**

   The filing party submits the following summary of the remaining claims of each party in this litigation:

   | **Party** | **Claim(s)** |
   |---|---|
   | Plaintiffs | Breach of contract<br>Negligence<br>Texas Insurance Code Chapter 541 &542 violations<br>Breach of common-law duty of good faith & fair dealing<br>DTPA violations |

RESPONSE TO NO. 2 (STYLE OF THE CASE):

James M. McClenny
J. Zachary Mosely
Chidi Oha
MCCLENNY MOSELEY & ASSOCIATES, PLLC
411 N. Sam Houston Parkway E.,
Suite 200
Houston, Texas 77060
(713) 334-6121
*Email: james@mma-pllc.com;*
*Email: zach@mma-pllc.com; and*
*Email: chidi@mma-pllc.com*

ATTORNEY-IN-CHARGE FOR PLAINTIFF

**Alan Moore**
State Bar No. 14320075
Tollway Plaza I
16000 N. Dallas Parkway, Suite 800
Dallas, Texas 75248
Email: amoore@mdjwlaw.com
Telephone:  (214) 420-5520
Facsimile:  (214) 420-5501

ATTORNEYS-IN-CHARGE FOR DEFENDANT