UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SAMMI OWENS § | |
| § | CIVIL ACTION NO. 3:17-cv-2446-D |
| v. § | |
| § | JURY DEMANDED |
| CENTAURI SPECIALTY INSURANCE § | |
| COMPANY | |

## AGREED MOTION TO ENTER JUDGMENT

**TO THE HONORABLE COURT:**

**COME NOW**, Plaintiff, Sammi Owens and Defendant Centauri Specialty Insurance Company, and file this Agreed Motion to Enter Judgment and would respectfully show as follows:

In the interest of saving the time and expense associated with litigation and trial, Plaintiff and Defendant have fully and finally resolved, compromised and settled the allegations, disputes, claims and causes of action which are the subject matter of Plaintiff's lawsuit. As a result, Plaintiff no longer desires to prosecute the claims and causes of action asserted against Defendant herein.

Plaintiff and Defendant respectfully request that the Court grant this Agreed Motion to Enter Judgment, enter the attached Agreed Final Take Nothing Judgment, and for such other relief, both general and special, in equity and at law, to which they may show themselves justly entitled.

Respectfully submitted,

By: */s/ Chidi Oha*
**McCLENNY MOSELEY & ASSOCIATES, PLLC**
James M. McClenny
State Bar No. 24091857
J. Zachary Moseley
State Bar No. 24092863
Chidi Oha
State Bar No. 24094877
411 N. Sam Houston Parkway E., Suite 200
Houston, Texas 77060
Principal Office No. 713-334-6121
Facsimile: 713-322-5953
James@mma-pllc.com
Zach@mma-pllc.com
Chidi@mma-pllc.com


**MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.**

*/s/ Barrie J. Beer*
**Barrie J. Beer**
808 Travis Street, 20th Floor
Houston, Texas 77002
Telephone:    (713) 632-1700
Facsimile:    (713) 222-0101
State Bar No. 02040750
Federal I.D. 14677
beer@mdjwlaw.com

**Amber R. Dunten**
Texas Bar No. 24010004
Federal I.D. 31660
dunten@mdjwlaw.com
**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of **Motion for Entry of Final Judgment** was served this 12th day of January, 2018 on the following counsel of record by the method specified:

| | |
|---|---|
| James M. McClenny<br>J. Zachary Moseley<br>Chidi Oha<br>MCCLENNY MOSELEY & ASSOCIATES, PLLC<br>411 N. Sam Houston Parkway E., Ste. 200<br>Houston, TX 77060 | *Via Facsimile: (713) 322-5953*<br>*and Email: james@mma-pllc.com;*<br>*zach@mma-pllc.com; chidi@mma-pllc.com* |

              */s/ Barrie J. Beer*
              Barrie J. Beer