UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SAMMI OWENS | § | |
| | § | CIVIL ACTION NO. 3:17-CV-2446-D |
| v. | § | |
| | § | JURY DEMANDED |
| CENTAURI SPECIALTY INSURANCE COMPANY | § | |

## AGREED FINAL TAKE NOTHING JUDGMENT

On this day came Plaintiff, Sammi Owens, and waived the right to a jury trial, and announced that a compromise settlement has been reached on all claims and causes of action which were or could have been asserted against Defendant Centauri Specialty Insurance Company, and that judgment should be entered that Plaintiff take nothing on all claims and causes of action asserted in this lawsuit. This compromise settlement was made on disputed claims, and the parties have denied any liability to one another in this case. Therefore, pursuant to the parties' compromise settlement, it is hereby,

ORDERED, ADJUDGED and DECREED that Plaintiff Sammi Owens take nothing by reason of all claims, demands, and/or causes of action and that Plaintiff's claims are hereby dismissed with prejudice, with fees and costs to be borne by the parties incurring same.

SIGNED this  16th  day of  January , 2018.

_____
JUDGE PRESIDING

AGREED AS TO FORM AND SUBSTANCE:

Respectfully submitted,

By: /s/ *Chidi Oha*
 **McCLENNY MOSELEY & ASSOCIATES, PLLC**
James M. McClenny
State Bar No. 24091857
J. Zachary Moseley
State Bar No. 24092863
Chidi Oha
State Bar No. 24094877
411 N. Sam Houston Parkway E., Suite 200
Houston, Texas 77060
Principal Office No. 713-334-6121
Facsimile: 713-322-5953
James@mma-pllc.com
Zach@mma-pllc.com
Chidi@mma-pllc.com
 **ATTORNEY-IN-CHARGE FOR**
 **PLAINTIFF**



**MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.**

*/s/ Barrie J. Beer*

**Barrie J. Beer**
808 Travis Street, 20th Floor
Houston, Texas 77002
Telephone:    (713) 632-1700
Facsimile:    (713) 222-0101

State Bar No. 02040750
Federal I.D. 14677
beer@mdjwlaw.com

**Amber R. Dunten**
Texas Bar No. 24010004
Federal I.D. 31660
dunten@mdjwlaw.com
**ATTORNEYS FOR DEFENDANT**